IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENDRICK HORTON, # 315094, | ) |
|    Petitioner, | ) ) ) |
| v. | )   Civil Action No. )   2:21cv785-WHA-CSC )   (WO) |
| KAREN CARTER, *et al.*, | ) ) |
|    Respondents. | ) |

## **ORDER**

On November 24, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 2.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (Doc. 2) is ADOPTED.

2. This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE on this 14th day of December, 2021.

                         /s/ W. Harold Albritton
                         W. HAROLD ALBRITTON
                         SENIOR UNITED STATES DISTRICT JUDGE